# United States District Court

## Western District of Kentucky

Chambers of
Charles R. Simpson III
District Judge

247 U. S. Courthouse
601 W. Broadway
Louisville, Kentucky 40202
(502) 625-3600

June 14, 2007

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Calendar Year 2006 Filing

Dear Judge Smith:

Thank you for your letter of June 8, 2007.

By way of response, the following amendments are made:

Part VII, Page 5, Line 16, Value Code K, Method Code T.  Line 17, Value Code M, Method Code T.  Part VII, Page 6, Line 1, Value Code K, Method Code T.

The item you picked up from a prior report is not, as you correctly noted, listed in the 2006 report, as there is nothing in the Ethics in Government Act requiring the listing of that item due to valuation/income thresholds.

Per your request, this letter is furnished in triplicate.  Thank you for your attention to this matter.

Yours very truly,

Charles R. Simpson III
United States District Judge

CRS/ngb

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Simpson Charles R. | Ky WD | 5-15-07 03 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACT | ___ Nomination, Date ___ <br> ___ Initial ✓ Annual ___ Final <br> 5b. ___ Amended Report | 1-1-06  12-31-06 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 601 W. Broadway #247 Louisville Ky 40202 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 ▪▪▪▪▪▪ | ▪▪▪▪▪ |
| 2 Executor | Estate # 1 |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☑ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

2001 MAY -8 A 9: 08
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 06 | Executor Commission Estate # 1 Fr 05 | $ 24315 |
| 2 | Fr 06 | $24750 |
| 3 | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 06 | ▪▪▪▪▪▪▪▪▪▪▪▪▪▪ | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Cancer R. | 5-05-07 03 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☑ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☑ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☑ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Charles R. | 5-15-07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 GE Common | A | Div | K | T | | | | | |
| 2 Williams-Myers Govt Fnd | A | Div | | | Buy | 3/2 | K | | |
| 3 " " | A | Div | | | Buy | 6/20 | L | | |
| 4 " " | | | | | Sell | 6/30 | M | A | |
| 5 Alliance Funds Multi-Mgr Series | ⊗ | | | | Buy | 6/29 | K | | |
| 6 Calamos Inv. Tr New Growth Fnd | | | | | Buy | 6/29 | J | | ADD'L |
| 7 Davis N.Y. Venture Fnd CLC | | | | | Buy | 6/29 | J | | ADD'L |
| 8 Euro Pac Growth Fnd CLC | | | | | Buy | 6/29 | J | | ADD'L |
| 9 Growth Fnd Amer Inc CLC | | | | | Buy | 6/29 | K | | |
| 10 Royce Tot Ret. Fnd | | | | | Buy | 6/29 | J | | AD |
| 11 Thornburg Inv. Tr | | | | | Buy | 6/29 | J | | |
| 12 Blackrock Muni Mkt Fnd | | | | | Buy | 6/30 | M | | PART |
| 13 " " | A | Div | K | T | Sell | 7/5 | L | | |
| 14 Calamos Inv. Tr New Growth Fnd | A | Div | K | T | Buy | 12/8 | K | | |
| 15 Davis N.Y. Venture Fnd CLC | A | Div | K | T | Buy | 12/8 | K | | |
| 16 Euro Pac Growth Fnd CLC | B | Div | K | T | Buy | 12/8 | J | | |
| 17 Growth Fnd Amer Inc CLC | B | Div | K | T | Buy | 12/8 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Chas. R | 5-15-07 03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Royce Fund Total Return | A | Div | K | T | Buy | 12/5 | K | | ADD'L See P.1 L.1C |
| 2 Thornburg Invt. Tr. Intl Value Fnd | A | Div | K | T | Buy | 12/8 | J | | ADDL See P.1 L.11 |
| 3 Allianz Funds Multi Mgr Series | A | Div | K | T | Buy | 12/11 | K | | ADDL See P.1 L.5 |
| 4 Blackrock Muni Money Fund | | | | | Buy | 12/12 | M | | |
| 5 " " | A | Div | | | Sell | 12/13 | M | A | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 Lou Fed C.U. | A | Div/Int | K | T | | | | | |
| 9 Ky Telco C.U. | C | Div/Int | L | T | | | | | |
| 10 Dupree Tax-Free Inc. Series | D | Div | M | T | | | | | |
| 11 Dupree Intermediate Govt Bnd Series | C | Div | L | T | | | | | |
| 12 US Bank CD | C | Div | L | T | | | | | |
| 13 Goldman Financial Pr7 | B | Int | K | T | | | | | |
| 14 MM Bonds | A | Int | K | T | | | | | INC Code D |
| 15 L Bonds | A | Int | K | T | | | | | INC Code D |
| 16 Stock Yards Bank CDs | E | Int | Tot O | T | Buy / Buy / Buy | 5/5 6/15 12/07 | NE / NE / NE | | INC Code D |
| 17 Stock Yards Bk Premium MMDA Acct | B | Int | J | T | Buy | 1/31 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 E=$15,001-$50,000 H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Simpson Cuss R. | 5--18-0) 03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 STOCKYMDSBIL 50 ACT X | A | INT | K | T | | | | | |
| 2 | | | | | | | | | |
| 3 VANGUARD ADMIRAL TREAS MM | B | INT | L | T | | | | | |
| 4 VNGUD TTL STOCK MKT INDXFND | B | DIV | K | T | | | | | |
| 5 ANGELICA COM | A | DIV | J | T | | | | | |
| 6 BARRICK COM | A | DIV | J | T | | | | | |
| 7 CHURCHILL DOWNS COM | A | DIV | J | T | | | | | |
| 8 JOHNSON OUTDOOR COM | A | DIV | J | T | | | | | |
| 9 SAFSCO COM | A | DIV | J | T | | | | | |
| 10 CNS VM MME RET GP | A | DIV | | | SELL | 3/2 | J | Q | |
| 11 | | | | | | | | | |
| 12 VANGUARD TREAS ADMIRAL MM | C | INT | L | T | | | | | |
| 13 VANGUARD TOTAL ST. MKT INDX FND | A | DIV | K | T | | | | | |
| 14 ASA LTD COM | A | DIV | K | T | | | | | |
| 15 BARRICK COM | A | DIV | J | T | | | | | |
| 16 CASUM MARE RT. GP COM | A | DIV | J | T | | | | | |
| 17 CHURCHILL DOWNS COM | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SIMPSON CUNS R. | 5-15-07 03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CROSS AT COM | A | DIV | J | T | | | | | |
| 2 JOHNSON OUTDOOR COM | A | DIV | J | T | | | | | |
| 3 GLIMCHER RLTY TR. COM | A | DIV | J | T | | | | | |
| 4 VERIMS COM | B | DIV | L | T | | | | | |
| 5 | | | | | | | | | |
| 6 VANGUARD ADMIRL TRCAS MM FUND | C | DIV | M | T | | | | | |
| 7 CHURCHILL DOWNS COM | A | DIV | J | T | | | | | |
| 8 MEARSOUTH COM | A | DIV | J | T | | | | | |
| 9 NATIONAL RET'N PROPRST CM | A | DIV | J | T | | | | | |
| 10 PENNA REIT COM | A | DIV | J | T | | | | | |
| 11 VERTAS | A | DIV | K | T | | | | | |
| 12 CASUAL MALE RT. GP. | A | DIV | | | SELL | 3/2 | K | D | |
| 13 | | | | | | | | | |
| 14 VANGUARD TREAS MM FUND | B | DIV | K | T | | | | | |
| 15 VANGUARD TOTAL STOCK MKT INDX FUND | A | DIV | J | T | | | | | |
| 16 DREYFUS STRATEGIC MUNICIP Fund | A | DIV | J | T | | | | | |
| 17 EXELON COM | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Simpson Charles R | 5-15-07 03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 FPL COM | A | DIV | J | T | | | | | |
| 2 GE COM | A | DIV | K | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 ESTATE #1 | | | | | | | | | |
| 6 Smith Barney Municipal MM Fun | D | DIV | | | SELL | 12/5 | O | A | |
| 7 Dreyfus Strategic Muni PA Com | A | DIV | | | SELL | 1/10 | J | A | |
| 8 US Ret. Plan Bonds | A | INT | | | SELL | 12/22 | L | A | |
| 9 US HH Bonds | A E | INT | | | SELL | 12/19 | L | A | |
| 10 Stockyards Bank Acct | D | INT | K | T | | | | | |
| 11 Stockyards MMDA-P Act. | D | INT | N | T | | | | | |
| 12 Stockyards CD | | | | | BUY | 5/1 | N | | |
| 13 Stockyards CD | E | INT | | | SELL | 12/06 | N | | |
| 14 Stockyards CD | | | | | BUY | 5/15 | O | | |
| 15 Stockyards CD | B | INT | | | SELL | 6/15 | O | | |
| 16 Stockyards CD | B | INT | | | BUY | 6/15 | K | | |
| 17 Stockyards CD | B | INT | | | BUY | 10/20 | M | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less P=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SIMPSON Charles R | 5-15-07 03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 STOCK YARDS CD | A | INT | | | buy | 12/6 | K | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date   5 - 3 - 07

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544